UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN R. POWELL, | ) |
| | ) NO.  CV-12-0477-LRS |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL |
| -vs- | ) |
| | ) |
| COLLECTO, INC., | ) |
| | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties (ECF No. 22) filed June 11, 2013, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 19th day of June, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1